NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1018

MEMS TECHNOLOGY BERHAD,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

KNOWLES ELECTRONICS LLC,

Intervenor.

On appeal from the United States International Trade Commission in Investigation no. 337-TA-629.

ON MOTION

### O R D E R

Upon consideration of Knowles Electronics LLC's motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Thomas J. Fisher, Esq.
        Michael Liberman, Esq.
        Allan J. Sternstein, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 5 2009

JAN HORBALY
CLERK